(Reap. Dec. 8584)

MÉNDEZ & CÍA., INC. *v.* UNITED STATES

Entry No. 1711, etc.

(Decided May 18, 1956)

*Luis E. Dubon* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General (*Richard E. FitzGibbon*, trial attorney), for the defendant.

FORD, Judge: The appeals listed in schedule "A," hereto attached and made a part hereof, present for decision the question of the proper dutiable value of certain weatherproof hardboard imported from Vancouver, British Columbia, which was appraised at values higher than those at which entered.

At the trial of this case, counsel for the respective parties agreed that the proper dutiable value of the merchandise covered by said appeals was the entered value. I, therefore, find the proper dutiable

value of the merchandise covered by these appeals to be the value at which entered. Judgment will be rendered accordingly.